Wayne JOHNSON, Plaintiff–Appellant,

v.

Sara E. FLANNERY, Administrative Agent; Richard L. Williams, Administrative Minister; Youngblood, DEA Agent; William B. England, Drug Investigator; Larry A. Loveless, Drug Task Force; Randy Belyen, U.S. Marshall; John Walsh, DEA; Lisa D. Somer, DEA; Robert Valentine, DEA, Defendants–Appellees.

No. 02–7815.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 6, 2003.

Decided Feb. 13, 2003.

Wayne Johnson, Appellant Pro Se.

Before WILKINS, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Wayne Johnson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint, which the court properly construed as an action under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Johnson v. Flannery*, No. CA–02–294–3 (E.D.Va. Oct. 18, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*